IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOSE PENA,  CASE NO. 2:06-cv-545
             JUDGE FROST
    Petitioner,  MAGISTRATE JUDGE KEMP

v.

DEBORAH TIMMERMAN-COOPER, Warden,

    Respondent.

## OPINION AND ORDER

On November 15, 2006, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed without prejudice as unexhausted. Doc. No. 9. Although the parties were specifically informed of their right to object to the *Report and Recommendation*, and of the consequences of their failure to do so, there has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**. This case is **DISMISSED**.

    IT IS SO ORDERED

                                                      /s/ Gregory L. Frost
                                                         GREGORY L. FROST
                                                     United States District Judge